United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO:

| X | Chief Judge Marbley | X | Magistrate Judge Deavers |
|---|---|---|---|
|   | Judge Sargus | X | Magistrate Judge Jolson |
| X | Judge Watson |   | Magistrate Judge Vascura |
|   | Judge Morrison |   | Magistrate Judge King |
|   | Judge Graham |   |   |

FROM:    Jodi L. Keener            , Deputy Clerk

DATE:    March 24, 2023

SUBJECT:    Case Caption:  Doe v. The Ohio State University

CASE:    Case Number:  Doc. 2:23-cv-1048 1

DISTRICT JUDGE:    Judge Marbley and Magistrate Judge Jolson

File Date:  3/23/2023

---

This memorandum is to notify you that a alleged related case is listed on the civil cover sheet. Listed case(s):

Case Caption:    Garrett et al v. The Ohio State University

Case Number:   Doc. 2:18-cv-692 1          District Judge:  Watson

File Date:    7/16/2018                    Magistrate Judge:  Deavers

**Other possible
Related Case(s):**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   Jodi L. Keener
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _Watson_

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
Chief Judge Algenon L. Marbley

_____
Judge Michael H. Watson

Cc:  Courtroom Deputies

*Revised 7/19/2012*