UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John Doe,

    Plaintiff,

v.

The Ohio State University,

    Defendant.

Case No. 2:23-cv-1048

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The parties jointly move to stay this case until the conclusion of related proceedings in the Supreme Court of the United States. ECF No. 7. The motion is **GRANTED**. This case is **STAYED** until the Supreme Court has addressed and concluded its proceedings regarding Ohio State's pending petitions for a writ of certiorari in related cases *Snyder-Hill et al. v. The Ohio State University*, Supreme Court Case No. 22-896, and *Gonzales* (formerly *Garrett*) *et al. v. The Ohio State University*, Supreme Court Case No. 22-897.

The Clerk shall terminate ECF No. 7 and designate this case as stayed.

**IT IS SO ORDERED.**

                                                   /s/ Michael H. Watson
                                        MICHAEL H. WATSON, JUDGE
                                        UNITED STATES DISTRICT COURT