## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Brian Garrett, *et al.*, | |
| Plaintiffs, | Case No. 2:18-cv-692 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

| | |
|---|---|
| Steve Snyder-Hill, *et al.*, | |
| Plaintiffs, | Case No. 2:18-cv-736 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

| | |
|---|---|
| Nicholas Nutter, *et al.*, | |
| Plaintiffs, | Case No. 2:19-cv-2462 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

| | |
|---|---|
| Rocky Ratliff, | |
| Plaintiff, | Case No. 2:19-cv-4746 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

| | |
|---|---|
| John Does 151-161, *et al.*, | |
| Plaintiffs, | Case No. 2:20-cv-3817 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

| | |
|---|---|
| John Does 172-191, *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-2121 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

**John Does 192-217,**

    **Plaintiffs,**

  **v.**

**The Ohio State University**

    **Defendant.**

**Case No. 2:21-cv-2527**

**Judge Michael H. Watson**

**Magistrate Judge Preston Deavers**

---

**Michael Alf, *et al.*,**

    **Plaintiffs,**

  **v.**

**The Ohio State University**

    **Defendant.**

**Case No. 2:21-cv-2542**

**Judge Michael H. Watson**

**Magistrate Judge Preston Deavers**

---

**Michael Canales, *et al.*,**

    **Plaintiffs,**

  **v.**

**The Ohio State University**

    **Defendant.**

**Case No. 2:21-cv-2562**

**Judge Michael H. Watson**

**Magistrate Judge Preston Deavers**

| | |
|---|---|
| Timothy Moxley, *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-3838 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

| | |
|---|---|
| John Doe, | |
| Plaintiff, | Case No. 2:23-cv-1048 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

## ORDER

Pursuant to the Court's prior Opinion and Order, ECF No. 212, the Court

**ORDERS** the following:

- Each Plaintiff's attorney group is **ORDERED** to file, within twenty-one days of the date of this Order, a Complaint in a new case that consolidates the claims of each plaintiff that attorney group currently represents. The Complaint shall not include any plaintiffs who are not currently named in an active case, nor shall it include any claim or theory not previously identified in the joint notice (Sharp; Public Justice; Bianco) or supplement thereto (Wright & Schulte; Ratliff). The civil cover sheet for each new Complaint shall state that the case is to be directly assigned to the docket of the Undersigned Judges per court order. The filing fee is **WAIVED**;

- If a Plaintiff attorney group wishes to add additional *plaintiffs, claims,* or *theories of liability* to an existing Complaint, the parties shall move for leave to amend the Complaint.

- The Clerk is **DIRECTED** to assign the five to-be-filed, consolidated actions directly to the dockets of the Undersigned Judges, as the new cases are related to pending actions;

- Defendant is **ORDERED** to file its responsive pleading to each Complaint within **TWENTY-ONE DAYS** of the Complaint's filing.

- No Plaintiff attorney group shall move for Rule 23 class certification until Magistrate Judge Deavers sets a deadline for such a motion. It is the Court's intention that significant discovery occur prior to briefing the propriety of class certification;

- Discovery shall be **COORDINATED** among the five to-be-filed cases in a manner directed by Magistrate Judge Deavers.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

_____
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**